UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

*In re:*

ROBERT L. DUESSLER AND FRANCINE L. DUESSLER,

Debtors

Case No. 21-10801-cjf

## OBJECTION TO PROPOSED ORDER OF DISMISSAL AND MOTION TO EXTEND TIME TO BRING THE PLAN CURRENT

Robert and Francine Duessler, by their attorneys, Krekeler Law, S.C., hereby objects to the May 6, 2025, proposed Order of Dismissal [Dkt. #67] and moves the Court for an order extending the time for to May 16, 2025, to bring his Plan current. Grounds in support of this motion are as follows:

1. The Debtors are approximately 12 months away from completing their Chapter 13 Plan.

2. The Debtors provided for payment in the amount of $1,896.01 to the Chapter 13 Trustee by personal check, which will be returned to the Debtors per the Chapter 13 Trustee due to payment being in the incorrect form and manner.

3. The amount to be paid by the Debtors through their personal check would have cured their delinquent plan and included the majority of their current monthly plan payment.

WHEREFORE, the Debtors request that the Court grant further time for the Debtors to correct their payment to the Chapter 13 Trustee, which will bring their Chapter 13 Plan current.

Dated this 6th day of May 2025.

**KREKELER LAW, S.C.**

By: _____
Noe J. Rincon
State Bar No. 1124893
Attorneys for Debtors,
*Robert and Francine Duessler*

**ADDRESS:**
26 Schroeder Ct.
Suite 300
Madison, WI 53711
(608) 258-8555
nrincon@ks-lawfirm.com